[No. 62978-6-I. Division One. November 16, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES THOMAS BAIRD, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES THOMAS BAIRD, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00095-5, Ira Uhrig, J., entered January 29, 2009, together with a petition for relief from personal restraint. Appeal *dismissed* and petition *denied* by unpublished opinion per Leach, J., concurred in by Grosse and Appelwick, JJ.

[No. 63061-0-I. Division One. November 16, 2009.]

JUAN RAMIREZ, *Individually and as Guardian*, ET AL., *Appellants*, v. JAMES EASLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-12409-8, Eric Z. Lucas, J., entered February 23, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Grosse, J.

[No. 63063-6-I. Division One. November 16, 2009.]

*In the Matter of the Marriage of* MICHELE L. SAMODUROV, *Respondent*, and BRENT JAMES SAMODUROV, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-3-02227-1, Richard J. Thorpe, J., entered January 29, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 63212-4-I. Division One. November 16, 2009.]

LYDIA DAVIS, *Respondent*, v. DWAYNE E. DES LONGCHAMPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-31328-0, Douglas D. McBroom, J., entered February 17, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Grosse and Appelwick, JJ.